IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee,

    Plaintiff,

v.

DOREEN LYNCH,

    Defendant.

No. C 11-05038 SI

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED**

On June 6, 2011, plaintiff Deutsche Bank National Trust Company filed an unlawful detainer action against defendant Doreen Lynch in Alameda County Superior Court. According to plaintiff, trial was scheduled in the Superior Court on October 13, 2011. On October 12, 2011, defendant filed a Notice of Removal of the case to this Court pursuant to 28 U.S.C. § 1331 and § 1446, claiming federal question jurisdiction. On October 20, 2011, plaintiff filed the instant motion to remand this case to state court, arguing that the defendant has failed to establish federal question jurisdiction. Pursuant to Civil Local Rule 7-3(a), defendant's opposition was due by November 3, 2011. A hearing is scheduled for this matter on December 2, 2011.

Defendant has neither filed an opposition nor contacted the Court in any way. Defendant is **hereby ORDERED TO SHOW CAUSE in writing to be filed no later than December 12, 2011**, why this case should not be remanded to state court. *See* 28 U.S.C. § 1447(c). Defendant is notified that an inadequate or untimely response will result in remand. The December 2, 2011 hearing is hereby VACATED, and will be rescheduled if necessary.

**IT IS SO ORDERED.**

Dated: November 30, 2011

SUSAN ILLSTON
United States District Judge