United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee,<br><br>    Plaintiff,<br><br>  v.<br><br>DOREEN LYNCH,<br><br>    Defendant._____/ | No. C 11-05038 SI<br><br>**ORDER REMANDING ACTION TO ALAMEDA COUNTY SUPERIOR COURT** |

On June 6, 2011, plaintiff Deutsche Bank National Trust Company filed an unlawful detainer action against defendant Doreen Lynch in Alameda County Superior Court. According to plaintiff, trial was scheduled in the Superior Court on October 13, 2011. On October 12, 2011, defendant filed a Notice of Removal of the case to this Court pursuant to 28 U.S.C. § 1331 and § 1446, claiming federal question jurisdiction. On October 20, 2011, plaintiff filed a motion to remand this case to state court, arguing that the defendant has failed to establish federal question jurisdiction. Defendant did not file an opposition, nor contact the Court in any way. The Court therefore vacated the hearing, and issued an order to show cause why this case should not be remanded to state court, to which defendant was required to respond by December 12, 2011. *See* Doc. 10. The Court stated that an inadequate or untimely response will result in remand. *Id.*

As of February 1, 2012, defendant has not filed an opposition to plaintiffs' motion nor responded

to the Court's order to show cause. Accordingly, the Court REMANDS this case to state court, pursuant to 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

Dated: February 1, 2012

SUSAN ILLSTON
United States District Judge